# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

PSALM BODDIE, EDUARDO BARRAZA, and )
VINCENT MARKEL, *individually, and on behalf of* )
*all other similarly situated individuals*, )
     )
        ) Case No. 1:24-cv-5480
        Plaintiffs, )
v. )
     )
JAY MCGRAW, ERIC WELCH, CREDITSERVE, )
INC., GREETING TEAM, LLC d/b/a CUSTOMER )
CARE GLOBAL; MINTO FINANCIAL d/b/a )
MINTO MONEY; and JOHN DOES 1-15, )
     )
        Defendants. )

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Minto Financial d/b/a Minto Money, by counsel and pursuant to F.R.C.P. 7.1(a) and L.R. 3.2, states that:

1. Minto Financial d/b/a Minto Money is a tribally chartered enterprise, wholly owned subsidiary of the Benhti Economic Development Corporation.

2. Benhti Economic Development Corporation is a tribally chartered enterprise, wholly owned by the Native Village of Minto, Alaska, a federally recognized Indian tribe.

3. Minto Financial d/b/a Minto Money is not a publicly traded company.

**Dated:** August 1, 2025

Respectfully submitted,

MINTO FINANCIAL D/B/A MINTO MONEY

By: */s/ Emily M. Feinstein*

**QUARLES & BRADY LLP**
Emily Feinstein*
Wisconsin Bar No. 1037924
Emily.feinstein@quarles.com
Telephone: (608) 283-2470
33 East Main Street, Suite 900
Madison, WI 53703

**QUARLES & BRADY LLP**
Taylor Rioux
ARDC #6350076
Taylor.Rioux@quarles.com
Telephone: (312) 715-5252
155 North Wacker Drive
Suite 3200
Chicago, IL 60606

*Attorneys for Defendant Minto Financial d/b/a Minto Money*

\* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing was filed electronically using the Court's CM/ECF system on August 1, 2025.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Emily M. Feinstein*

QB\185198.00010\97021227.1