**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PSALM BODDIE, EDUARDO BARRAZA, and VINCENT MARKEL, individually, and on behalf of all other similarly situated individuals,

Plaintiffs,

v.

JAY MCGRAW; ERIC WELCH; CREDITSERVE, INC.; GREETING TEAM, LLC d/b/a CUSTOMER CARE GLOBAL; MINTO FINANCIAL, d/b/a MINTO MONEY; and JOHN DOES 1-15,

Defendants.

Case No. 1:25-cv-5480

Judge: Hon. Sunil R. Harjani

**NOTIFICATION OF AFFILIATES**

Defendant CreditServe, Inc. ("CreditServe"), by and through its counsel and pursuant to Federal Rule of Civil Procedure 7.1(a) and Northern District of Illinois Local Rule 3.2, states that:

1. The following entities or individuals directly or indirectly own 5% or more of CreditServe: Miramar Ventures Enterprises, LLC and Jay McGraw.

2. CreditServe, Inc is not a publicly traded company, and no corporation owns 10% or more of its stock.

Dated: August 8, 2025

Respectfully submitted,

By: /s/ Christopher L. Wanger

Christopher L. Wanger (Cal. Bar No. 164751)
Admitted *pro hac vice*
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7410
Email: cwanger@manatt.com

*Counsel for Defendants Jay McGraw, Eric Welch, CreditServe, Inc., and Greeting Team, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 8, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ Christopher L. Wanger
Christopher L. Wanger